UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

====================================================

ISAAC L. McDONALD,

                    Plaintiff,

                                                              ORDER
          v.                                        12-CV-926A

K. SMITH, et al.,

                    Defendants.

====================================================

          The above-referenced case was referred to Magistrate Judge Hugh B.

Scott, pursuant to 28 U.S.C. § 636(b)(1)(B).  On December 17, 2013, Magistrate Judge

Scott filed a Report and Recommendation, recommending that defendants' motion

dismissing the complaint be granted.

          The Court has carefully reviewed the Report and Recommendation, the

record in this case, and the pleadings and materials submitted by the parties, and no

objections having been timely filed, it is hereby

          ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons

set forth in Magistrate Judge Scott's Report and Recommendation, defendants' motion

to dismiss the complaint is granted.

           The Clerk of Court shall take all steps necessary to close the case.

          SO ORDERED.

                                        s/ Richard J. Arcara
                                        _____
                                        HONORABLE RICHARD J. ARCARA
                                        UNITED STATES DISTRICT JUDGE

DATED: January 21, 2014